# Josh Bernstein, P.C.
## Civil Rights & Employment Law

Josh Bernstein, P.C.  
447 Broadway, 2nd Fl.  
New York, NY 10013

(Phone) (646) 308-1515  
(Fax)    (718) 679-9517  
jbernstein@jbernsteinpc.com

May 14, 2024

**RE: Request to Stay Matter While the Parties Pursue Private Mediation**

The Honorable Vernon S. Broderick  
United States District Court, Southern District of New York  
Courtroom 518  
40 Foley Square  
New York, NY 10007

*Hendry v. American Society of Composers, Authors, and Publishers, d/b/a ASCAP*  
*23-CV-10107*

Judge Broderick,

    I represent Plaintiff Jackie Hendry ("Ms. Hendry") in the above-captioned matter, and write on behalf of all parties to inform the Court that the parties are pursuing private mediation. The parties therefore request that the Court impose a stay in this matter until the parties inform the Court that it has been resolved, or that the case remains unresolved after mediation and should resume moving forward.

    Relatedly, Plaintiff – with Defendant's consent – requests that the Court extend the deadline for Plaintiff to submit a Reply in Support of Plaintiff's Motion to Amend the Pleadings to seven (7) days subsequent to the parties informing the Court that the mediation session has been held and the case remains unresolved, if the matter is not resolved.

    Thank you for your attention to this matter.

Very truly yours,

_____/s/_____  
Joshua Alexander Bernstein

**APPLICATION GRANTED**  
**SO ORDERED** /s/ Vernon Broderick  
**VERNON S. BRODERICK**  
**U.S.D.J.**  5/17/2024

The case is hereby STAYED.  The parties shall file a joint letter informing me of the status of their mediation no later than seven (7) days following the conclusion of the mediation.  Plaintiff's Reply brief in Support of Plaintiff's Motion to Amend the Pleadings shall be filed ten (10) days subsequent to the parties' filing of the joint letter if the matter is not resolved through mediation.  SO ORDERED.